IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD and JANET BROOKE, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 11-2418 |
| | : | |
| v. | : | |
| | : | |
| J&J PAINTING, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 31st day of May, 2011, upon consideration of Defendant Shree Ganeshai, Inc's Motion to Transfer Venue (Dkt. No. 2), and Plaintiffs' Opposition thereto (Dkt. No. 4), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED as follows:

1. Said Motion is GRANTED;

2. The matter is TRANSFERRED to the United States District Court for the District of New Jersey; and

3. The Clerk of Court shall mark this case as CLOSED for statistical purposes in the Eastern District of Pennsylvania.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II    J.